IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

TRACY BERNARD WILLIAMS                                                          PLAINTIFF

v.                                     Case No. 6:18-cv-6067

DR. DANIEL, Ouachita River Correctional
Unit (ORCU); Dr. VOWELL, ORCU;
JASON M. KELLEY, Director of Health and
Correctional Programs, ORCU; NURSE
CANNON, ORCU; and CORRECT CARE
SOLUTIONS                                                                       DEFENDANTS

## **JUDGMENT**

Before the Court is a Motion for Summary Judgment filed by Defendants Correct Care Solutions, LLC; Dr. Nannette Vowell; Dr. Thomas Daniel; Jason Kelley; and Veronica Cannon (collectively, the "Moving Defendants"). (ECF No. 27). Plaintiff Tracy Bernard Williams filed a response. (ECF Nos. 35, 36). The Moving Defendants filed a reply. (ECF No. 39). The Court finds the matter ripe for consideration.

For the reasons stated in the Court's Memorandum Opinion of even date, the Court finds that the Moving Defendants' Motion for Summary Judgment (ECF No. 27) should be and hereby is **GRANTED**. Accordingly, Plaintiff's claims against Defendants Correct Care Solutions, LLC; Dr. Nannette Vowell; Dr. Thomas Daniel; Jason Kelley; and Veronica Cannon are **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 5th day of March, 2019.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge